# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYA HEALTHCARE SERVICES, INC., AYA HEALTHCARE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AMN HEALTHCARE, INC., AMN HEALTHCARE SERVICES, INC., AMN SERVICES, LLC, MEDEFIS, INC., and SHIFTWISE, INC.,<br><br>Defendants. | Case No.: 17cv205-MMA (MDD)<br><br>**NOTICE AND ORDER PROVIDING TENTATIVE RULING RE: DEFENDANTS' MOTION TO DISMISS**<br><br>[Doc. No. 15] |

On Friday, July 14, 2017 at 2:30 p.m., the parties in this antitrust action will appear before the Court for a hearing on Defendants' motion to dismiss Plaintiffs' First Amended Complaint ("FAC"). Doc. No. 15. In anticipation of the hearing, the Court issues the following tentative rulings:

### PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE

The Court tentatively **GRANTS** Plaintiffs' request for judicial notice of Exhibits 1-4 for the sole purpose of establishing that the filings were made in AMN's State Court Action. Doc. No. 17-1; *see In re Bare Escentuals, Inc. Sec. Litig.,* 745 F. Supp. 2d 1052, 1067 (N.D. Cal. 2010) ("[t]he court may take judicial notice of the existence of unrelated

court documents, although it will not take judicial notice of such documents for the truth of the matter asserted therein.").

### DEFENDANTS' MOTION TO DISMISS

The Court tentatively **GRANTS** Defendants' motion to dismiss Plaintiffs' FAC **with leave to amend**. The Court requests the parties be prepared to discuss the following issues at the hearing: Plaintiffs' allegations of antitrust injury, Plaintiffs' allegations that the alleged subcontract agreements entered into between Defendants and rival staffing providers unreasonably restrain trade, Plaintiffs' contention that the Court need not decide whether the *per se*, quick-look, or rule of reason analysis applies at this stage of the proceedings, and Plaintiffs' allegations that there is a dangerous probability that Defendants will succeed in becoming a monopoly.

As these rulings are tentative, the Court looks forward to the oral arguments of counsel.

**IT IS SO ORDERED.**

Dated: July 13, 2017

HON. MICHAEL M. ANELLO
United States District Judge