UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYA HEALTHCARE SERVICES, INC. and AYA HEALTHCARE, INC., <br><br>Plaintiffs,<br><br>v.<br><br>AMN HEALTHCARE, INC., et al.,<br><br>Defendants. | Case No.: 17cv205-MMA (MDD)<br><br>**ORDER RE: REDACTED VERSION OF MAY 12, 2020 ORDER** |

On May 12, 2020, the Court issued an Order granting Defendants' *Daubert* motion and granting in part and denying in part Defendants' motion for summary judgment. *See* SEALED Doc. No. 202. The Court directed the Clerk of Court to file the Order under seal.[1] "Unless a particular court record is one 'traditionally kept secret,' a 'strong presumption in favor of access is the starting point.'" *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)). The Court finds that compelling reasons

---

[1] Case participants in this action may access the Order electronically.

do not justify maintaining the entirety of the Order under seal. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092 (9th Cir. 2016). Accordingly, the Court will issue a redacted version of the Order.

To assist the Court in determining the appropriate extent of the redactions, the Court **ORDERS** the parties to submit a joint proposed redacted version of the Order directly to the undersigned's Chambers e-file address, efile_anello@casd.uscourts.gov, no later than **May 20, 2020**. The Court will review the proposed submission and issue a redacted version of the May 12, 2020 Order shortly thereafter.

**IT IS SO ORDERED.**

Dated: May 13, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge