

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aya Healthcare Services, Inc.; Aya Healthcare, Inc., <br><br> **Plaintiff,** <br><br> V. <br><br> AMN Healthcare, Inc.; AMN Healthcare Service, Inc.; AMN Services, LLC.; MEDEFIS, Inc.; Shiftwise, Inc.; National Staffing Solutions, <br><br> **Defendant.** | **Civil Action No.** 17-cv-0205-MMA-MDD <br><br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment is entered for Defendants. The Court grants AMN's motion for summary judgment on Aya's claim for exclusionary damages. Having dismissed Aya's federal claims, the Court declines to exercise supplemental jurisdiction over Aya's state law claims.

| | |
|---|---|
| **Date:** 6/22/20 | **CLERK OF COURT** <br> **JOHN MORRILL, Clerk of Court** <br> By: s/ T. Ferris <br> T. Ferris, Deputy |